# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF

# MICHIGAN

| | |
|---|---|
| FUDAIL GIBSON, | Case: 4:25-cv-13088 |
| Plaintiff, | Assigned To : Kumar, Shalina D. |
| | Referral Judge: Altman, Kimberly G. |
| v. | Assign. Date : 10/1/2025 |
| | Description: CMP GIBSON V. |
| MICHIGAN SECRETARY OF STATE JOCELYN | MICHIGAN SECRETARY OF |
| BENSON, DETROIT CITY CLERK JANICE | STATE JOCELYN BENSON ET AL (AB) |
| WINFREY, | |
| Defendant(s), | |

| Fudail Gibson | Detroit Clerk Winfrey |
|---|---|
| 20913 W. Chicago | 2978 W. Grand Blvd, |
| Detroit, Michigan 48228. | Detroit, MI 48202 |
| (313) 264-5166 | (313)876-0190 |

## COMPLAINT FOR DECLARATORY AND

## INJUNCTIVE RELIEF:

This complaint arises under the National Voter Registration Act of 1993, 52 U.S.C. 20501 et seq.

## JURISDICTION AND VENUE:

1. This action arises under the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. 20501.
2. Jurisdiction is proper under 28 U.S.C. 1331 because this case presents federal question.
3. Venue is proper in this district under 28 U.S.C., 1391 because the Defendant(s) resides in this district and the events giving rise to this claim occurred here.

## PARTIES:

4. Plaintiff Fudail Gibson is a United States citizen, resident of Wayne, State of Michigan, and duly registered voter eligible to vote in Federal elections in the City of Detroit.
5. Defendant Jocelyn Benson is the Secretary of State/Chief Election Official of Michigan, responsible for supervising elections and ensuring compliance with the NVRA.
6. Defendant Janice Winfrey is the Detroit Clerk/Chief Election Official of Detroit, responsible for supervising Detroit elections and ensuring compliance with the NVRA.

## FACTUAL ALLEGATIONS:

On and around February of 2025, Plaintiff discovered that his voter record was inaccurate, particularly it showed the Plaintiff had voted Absentee in the Detroit 2017 Citywide General election.

The Plaintiff never voted absentee his entire life , so there was no way the Plaintiff name should have appeared on the voter rolls as voting in the November 2017 Detroit election as absentee. Absentee voting is an intentional process, the Plaintiff would have had to first submit an application in order to receive an absentee ballot.

On May 6, 2025 the Plaintiff testified before the Michigan "Election Integrity Committee" chaired by Rep. Rachel Smith of the Michigan House of Representatives. The nature of the Plaintiff testimony was concerning fraudulent use of the Plaintiff's name in the 2017 November Detroit General election, and the inaccuracy of the Plaintiff voting record.

On June 12, 2025, Plaintiff sent written notice to both Defendant(s) pursuant to 52 U.S.C. 20501(b), describing the violation and requesting correction. Since then, more than 90 days have passed since the notice, and the Defendant(s) has failed to remedy the violation.

A claim specialist by the name of Josh Halasy from Compone Administrative Inc, responded to the Plaintiff on June 26, 2025. The specialist cited a statute of limitation defense to fail to remedy the problem. The Plaintiff is not barred by the 3 year Statute of Limitation based on the Plaintiff just discovering the violation.

There's no way the Plaintiff could have or should have known that his in-person vote would be changed to an absentee vote. Federal Courts have ruled that the time limits start at the time the violation is discovered. No American citizen would know, or should know their in-person vote was being changed to an absentee vote.

### CLAIMS FOR RELIEF:

a. The Defendant(s) failure to maintain accurate voter registration records violates Section 8 of the NVRA, 52 U.S.C. 20507.
b. The Defendant(s) failure to correct the Plaintiff's voter record after verbal, written and testimonial notice violates Section 2(b) of the NVRA, 52 U.S.C. 20501.

### PRAYER FOR RELIEF:

**WHEREFORE,** Plaintiff respectfully request that this Court:

1. Declare that the Defendant(s) is in violation of the NVRA.
2. Issue an injunction requiring Defendant(s) to correct Plaintiff voter record and ensure compliance with the NVRA.
3. Award Plaintiff reasonable Attorney fees and cost pursuant to 52 U.S.C., 20501.
4. Award Plaintiff fees for the egregious act of ignoring that someone changed the Plaintiff in-person vote to absentee.
5. Grant such other relief as the Court deems just and proper.

Respectfully, submitted,

_____

Fudail Gibson

20913 W. Chicago

Detroit, MI 48228.

Dated: September 27, 2025

## Affidavit of Fudail Gibson

## STATE OF MICHIGAN

## COUNTY OF WAYNE

The undersigned, Fudail Gibson, being duly sworn and says:

a. I am over the age of 18 and a resident of the State of Michigan. I have personal knowledge of the facts set forth below, and if called a witness, could testify completely thereto.
b. I suffer no legal disabilities, and have personal knowledge and belief, and the information is true and correct.

1. That in the November 7, 2017 City of Detroit general election, some unknown individuals from the Detroit Election Department filled out a false absentee ballot application using my identity, casting a vote in my name. My in person vote was switched to an absentee ballot in that same election. At no time did I fill out an absentee ballot application, I couldn't tell you what one looked like. At no time did I cast an absentee ballot vote in any election.

I swear under the penalty of perjury that the above mentioned is true and will be willing to testify to this in front of any departmental personnel, or the Court of Law.

Dated: March 13, 2025

Respectfully submitted,

**Fudail Gibson**

THERESA WILLIAMS
Notary Public, State of Michigan
County of Wayne
My Commission Expires 03-31-2026
Acting in the County of Wayne

June 16, 2024
2:13 PM

# Voter History for GIBSON FUDAIL,

| 5-3-4 | 2015-11-03 | 2016-08-02 | 2016-11-08 | 2017-08-08 | 2017-11-07 | 2018-08-07 | 20 11 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | V |  |  |
|  |  |  |  |  | A |  |  |
|  |  |  |  |  | A |  |  |
|  |  |  |  |  | A |  |  |
|  |  |  |  |  | A |  |  |
|  |  |  |  |  | A |  |  |
|  |  |  |  |  | A |  |  |
|  |  |  |  |  | A |  |  |

Case 4:25-cv-13088-SDK-KGA   ECF No. 1, PageID.7   Filed 10/01/25   Page 7 of 11



**COMPONE**
ADMINISTRATORS

June 26, 2025

Fudail Gibson
20913 W. Chicago St.
Detroit, MI  48228

RE:   Date of Loss:     11/05/2017
      Claim Number:    2722-17-0025007

Dear Mr. Gibson:

CompOne Administrators is the Third-Party Administrator for the City of Detroit Claims. The filing of your claim regarding the above- referenced incident is hereby acknowledged.

Your entire claim has been reviewed and based on the facts and circumstances of your entire claim, the entire claim is denied for the following reason(s):

The statute of limitations for filing a claim is three (3) years. The incident in question occurred over seven (7) years ago, which exceeds the allowable time frame for submission.

Best Regards,


Josh Halasy
Claim Specialist
CompOne Administrators, Inc.
Em: jhalasy@compone.net
Ph: (866) 590-3662 1124
Fx: (248) 675-4626

CompOne Administrators, Inc. | P.O. Box 2530 | Okemos, MI 48805 | (888) 298-9043 | www.compone.net

09/29/2025

# VOTING RECORD FOR

## FUDAIL GIBSON

### 20913 W CHICAGO ST  DETROIT MI 48228

| Election Date | Election Type | Absentee Voter |
|---|---|---|
| 08/05/2025 | AUGUST CONSOLIDATED | NO |
| 11/07/2017 | NOVEMBER CONSOLIDATED | YES |
| **Total  2** | | |

09/29/2025

# CHANGE HISTORY FOR

## FUDAIL GIBSON

### 20913 W CHICAGO ST  DETROIT MI 48228

| Description | Date / Time |
|---|---|
| INTERMEDIATE MOVE (5/26/2017) to 20913 W CHICAGO ST, DETROIT MI 48228 (DETROIT CITY) | 5/31/2017 2:01:46 PM |
| LONG MOVE (2/6/2014) to 3306 PINGREE ST UPPR, DETROIT MI 48206 (DETROIT CITY) | 2/10/2014 2:01:34 PM |
| History started with a reg date of 10/22/2002 for FUDAIL GIBSON of 237 E GRAND, HIGHLAND PARK MI 48203 (HIGHLAND PARK CITY) with a status of ACTIVE | 1/12/2003 12:47:07 PM |
| Total  3 | |

1

JANICE WINFREY
DETROIT CITY
2978 W. GRAND BOULEVARD
DETROIT MI 48202



# VOTER IDENTIFICATION CARD

**City/Twp:** DETROIT CITY
**County:** WAYNE
**Ward:** 00    **Precinct:** 344    **Date:** 9/29/2025

Listed below are the various districts in which you reside:

**US Congressional:** 12
**State Senate:** 06
**State Representative:** 004
**County Comm:** 07
**School District:** DETROIT COMMUNITY SCHOOL DISTRICT
**City Council:** 07

JANICE WINFREY - CITY CLERK

FOLD

**Polling Location:**
ST. SUZANNE CODY ROUGE COMM RES CNTR
19321 W CHICAGO

RETURN SERVICE REQUESTED

FUDAIL GIBSON
20913 W CHICAGO ST
DETROIT MI 48228

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Fudail Gibson

**DEFENDANTS**
Michigan Secretary of State Benson, Detroit Clerk Winfrey

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
20913 W. Chicago
Detroit, MI 48228

Attorneys *(If Known)*
2978 W Grand Blvd.
Detroit, MI 48202

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
52 U.S.C. 20501
Brief description of cause:
Voting Rights Violation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Robert White
DOCKET NUMBER: 24-11072

DATE: 09/28/2025
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____